## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bobby Pierce,                                          Civil No. 11-385 (PAM/AJB)

                             Plaintiff,

v.                                                                    **ORDER**

Al Sims,

                             Defendant.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of

Magistrate Judge Arthur J. Boylan dated February 18, 2011.  In the R&R, Magistrate Judge

Boylan reviewed Plaintiff's Complaint against Al Sims (Docket No. 1), and application to

proceed in forma pauperis (Docket No. 2), pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Plaintiff has failed to file objections to the R&R in the time period permitted.  The Court

therefore **ADOPTS** the R&R (Docket No. 3).

Accordingly, **IT IS HEREBY ORDERED that**:

1.      The Report and Recommendation (Docket No. 3) is **ADOPTED**;

2.      Plaintiff's Application to Proceed in forma pauperis (Docket No. 2) is

        **DENIED** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3.      This action is summarily **DISMISSED** for lack of subject matter jurisdiction

pursuant to Fed. R. Civ. P. 12(h)(3).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  _March 17, 2011_

_s/Paul A. Magnuson_
Paul A. Magnuson
United States District Court Judge